

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 27, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Jorge Asencio-Viera*, S2 16 Cr. 387 (JMF)

Dear Judge Furman:

      The Government writes with respect to the April 28, 2023 control date for the sentencing of defendant Jorge Asencio-Viera. As the Court is aware, Asencio-Viera previously pleaded guilty pursuant to a cooperation agreement and has testified at a trial before this Court. The parties now respectfully request that the Court direct the Probation Office to prepare a presentence investigation report and schedule sentencing for September or October 2023. Asencio-Viera, through counsel, consents to this request.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: _____
      Jamie E. Bagliebter
      Peter J. Davis
      Jacob R. Fiddelman
      Justin V. Rodriguez
      Assistant United States Attorneys
      (212) 637-1024

Applications GRANTED. Sentencing is ADJOURNED to **October 11, 2023 at 3:15 p.m.** The Government is directed to provide the Probation Officer with its factual statement within 7 days. Defense counsel must arrange for the defendant to be interviewed by the Probation Department within the next two weeks. The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at http://nysd.uscourts.gov/judge/Furman) for sentencing-related procedures and practices. Given the nature of the Defendant's plea, the Government's sentencing submission shall be served two weeks in advance of the date set for sentencing. The Defendant's sentencing submission shall be served one week in advance of the date set for sentencing. The Clerk of Court is directed to terminate Doc. #842.

SO ORDERED.

April 27, 2023