LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

September 13, 2023

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to **January 24, 2024, at 3:00 p.m**. The Clerk of Court is directed to terminate Doc. #869.
>
> SO ORDERED.
>
> *[signature]*
>
> September 14, 2023

**Re: United States v. Jorge Asencio-Viera; S2 16 Cr. 387 (JMF)**

Dear Judge Furman:

    I represent Jorge Asencio-Viera, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Mr. Asencio-Viera pleaded guilty pursuant to a cooperation agreement with the Government and testified before this Court. Sentencing is presently scheduled for October 11, 2023.

    I write, without objection from the Government, to respectfully request that sentencing be adjourned until January, 2024, specifically, the week of January 22nd (other than January 25, 2024). An adjournment is necessary so that I will have sufficient time to gather all information needed prepare our sentencing submission for the Court. Should the Court grant the instant request, I also respectfully request that the disclosure date for the final pre-sentence report be extended based on the new sentencing date.

    Thank you for your consideration.

                                  Respectfully submitted,

                                  /s /

                                  Anthony Cecutti