LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

January 10, 2024

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. # 891. SO ORDERED.*

*[signature]*

*January 10, 2024*

**Re: United States v. Jorge Asencio-Viera; S2 16 Cr. 387 (JMF)**

Dear Judge Furman:

    I represent Jorge Asencio-Viera, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.  Mr. Asencio-Viera pleaded guilty pursuant to a cooperation agreement with the Government and testified before this Court.  Sentencing is presently scheduled for January 24, 2024.

    I write to request a two-day extension to file our sentencing submission, which is due today.  I have had multiple unexpected issues and urgencies arise in other cases this week, along with some personal responsibilities.  Accordingly, I respectfully request until Friday, January 12, 2024 to finalize and file Mr. Asencio-Viera's submission.

    Thank you for your consideration.

Respectfully submitted,

/s /

Anthony Cecutti