

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 10, 2025

Application GRANTED.

SO ORDERED

December 11, 2025

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Jorge Ascencio-Viera*, **16 Cr. 387 (JMF)**

Dear Judge Furman:

The Government writes, on behalf of the parties, to respectfully request that the Court enter an amended judgement for Jorge Asencio-Viera to ensure that his sentence reflects the original intent of the Court.

Mr. Asencio-Viera's judgment, entered on January 25, 2024, contains the following language: "192 months on Counts 1-14; 120 months on Count 15; and 180 Count 16, all to be served concurrently and with credit for the time served in 12-CR-200 (JAF) in the District of Puerto Rico."

On March 27, 2012, Mr. Asencio-Viera was indicted in *United States v. Jorge Asencio-Viera*, 12 Cr. 200, in the District of Puerto Rico (the "Puerto Rico Indictment") and spent nearly a year as a fugitive. On February 21, 2013, Mr. Asencio-Viera was arrested on the Puerto Rico Indictment. Approximately two months after his arrest, Mr. Asencio-Viera pled guilty and was sentenced to 365 months' imprisonment. Pursuant to a Rule 35 motion, this sentence was reduced to 192 months' imprisonment on March 4, 2025.

The Bureau of Prisons has determined that, pursuant to 18 U.S.C. § 3585(b), it cannot give effect to Your Honor's stated intention to give Mr. Asencio-Viera credit for time in federal custody on the Puerto Rico Indictment because that time was already credited towards another sentence. According to the Bureau of Prisons, Mr. Asencio-Viera is still serving this 192-month sentence in Case No. 12 Cr. 200 and so Your Honor's sentence will only run concurrent with the time he has remaining.

Page 2

       To permit the Bureau of Prisons to implement the sentence that Your Honor imposed, the parties jointly request that the Court issue an amended judgment with a total term of imprisonment of 70 months on each count to be served concurrently. This term of imprisonment reflects the Court's intended 192-month aggregate sentence, minus Mr. Asencio-Viera's completed sentence from his Puerto Rico case.  Similar relief was granted to two co-defendants in this case.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Jamie E. Baghebter
Peter J. Davis
Jacob R. Fiddelman
Justin V. Rodriguez
Assistant United States Attorneys
(212) 637-2591

cc:    Counsel of Record